Andrew M. Stein, SBN 82963
Joseph A. Markus, SBN 113802
**LAW OFFICES OF STEIN AND MARKUS, PLC**
9944 Flower Street
Bellflower, CA 90706
Telephone: (562) 866-9762
Email: astein.steinandmarkus@gmail.com
Email: jmarkus.steinandmarkus@gmail.com

Gregory Peacock, Esq. (SBN. 277669)
**GREG PEACOCK LAW**
4425 Jamboree Road, Suite 130
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Attorneys for Plaintiff Samuel Bonner

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BONNER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF LONG BEACH; COUNTY OF LOS ANGELES; WILLIAM COLLETTE; ESTATE OF WILLIAM COLLETT; JOHN HENRY MILLER; ESTATE OF JOHN HENRY MILLER; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-02819-CAS-MAA<br><br>NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT COUNTY OF LOS ANGELES |

NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT COUNTY
OF LOS ANGELES
1

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Samuel Bonner and Defendant County of Los Angeles, by and through their respective attorneys of record, reached a tentative settlement in the above-captioned case as to Plaintiff's claims against the County of Los Angeles. This settlement has no impact on Plaintiff's claims against the other defendants in the action.

The tentative settlement between Plaintiff and Defendant County of Los Angeles must be approved by the County of Los Angeles Claims Board and the County's Board of Supervisors. It is anticipated that this process can take approximately nine (9) months to complete.

Plaintiff hereby requests that the Court set a status conference for September 4, 2023 to determine the status of the above-referenced approval process. In the event that the settlement has been approved and finalized before that date, Plaintiff will notify the Court and request that the status conference be vacated. Plaintiff further requests that all other future dates be taken off calendar as they relate to the County of Los Angeles.

Dated: March 2, 2023                    */S/ Gregory Peacock*_____
                                        Gregory Peacock
                                        Lawyer for Plaintiff