**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BONNER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LONG BEACH; COUNTY OF LOS ANGELES; WILLIAM COLLETTE; ESTATE OF WILLIAM COLLETT; JOHN HENRY MILLER; ESTATE OF JOHN HENRY MILLER; CONNIE COLLETTE, as successor in interest to WILLIAM COLLETTE; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 2:22-cv-02819-CAS-MAAx<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Judge: Honorable Christina A. Snyder |

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that:

Defendant City of Long Beach, and all claims against any unserved Defendants, are hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 12, 2025

_____
Hon. Christina A. Snyder
United States District Judge